# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA         :

vs.                              :  CRIMINAL NO.  20-00048-KD

DAVID L. TIMMONS                 :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 33) and without any objection having been filed by the parties, Defendant David L. Timmons' plea of guilty to Count One of the Indictment charging possession of a firearm by a prohibited person is now accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **March 5, 2021, at 11:30 a.m.,** before the undersigned in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama  36602.

The United States Marshal is directed to produce Defendant Timmons for the sentencing hearing.

**DONE and ORDERED** this the 29th day of December 2020.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE